# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MEDALLION TRANSPORT & LOGISTICS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 2:16-CV-01016-JRG-RSP |
| AIG CLAIMS, INC., GRANITE STATE INSURANCE CO., and JAY CARMAN, | § § § § | |
| Defendants. | § § | |

## ORDER

The Court referred the above entitled and numbered civil action to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation (Dkt. No. 85) by Magistrate Judge Payne, which recommends that Defendants' Motion for Summary Judgment (Dkt. No. 47) be granted-in-part. Defendants timely objected to the Report as it pertains to Plaintiff's Count II. Defs.' Obj. (Dkt. No. 90).

Having considered Defendants' Motion, the parties' related briefing, the Report & Recommendation, and Defendants' objections, the Court **ADOPTS** the Report & Recommendation (Dkt. No. 87) and **OVERRULES** Defendants' objections (Dkt. No. 90). The Court therefore **GRANTS** Defendants' Motion for Summary Judgment (Dkt. No. 17) as to Count I (Plaintiff's *Stowers* claim) and Count III (breach of contract against Granite State), and **DENIES** Defendant's Motion as to Count II (violations of the Texas Insurance Code).

**So ORDERED and SIGNED this 3rd day of July, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE