# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MEDALLION TRANSPORT & LOGISTICS, LLC** | § § § | |
| v. | § § | Civil Action No. 2:16-cv-01016 |
| **AIG CLAIMS, INC., GRANITE STATE INSURANCE COMPANY, AND JAY CARMAN** | § § § § | **JURY** |

## JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

Plaintiff, MEDALLION TRANSPORT & LOGISTICS, LLC ("MTL"), and Defendants, GRANITE STATE INSURANCE COMPANY and AIG CLAIMS, INC. ("Defendants")[1], collectively referenced as "the Parties," jointly move the Court for an Order dismissing the above-referenced action <u>with prejudice</u> pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and would show the Court as follows.

1. The Parties have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to the Defendants' handling of the defense of a personal injury lawsuit brought by Ms. Brandi Williams against MTL in Cause No. 12-0889, styled <u>Brandi Williams v. Medallion Transport & Logistics, LLC, et al.</u>, in the 71st Judicial District Court of Harrison County, Texas, and the related insurance claim, both of which were submitted to Defendants for handling, and which are described in greater detail in the pleadings on file herein.

---

[1] The Plaintiff also named Mr. Jay Carman as a Defendant in this action. Per an announcement on July 18, 2018, in open court during trial, Plaintiff dismissed Mr. Carman as a Defendant from this action with prejudice.

2. Accordingly, the Parties, through their undersigned counsel, hereby respectfully move for the entry of an Order dismissing in their entirety all causes of action, claims, obligations, demands, liens, and any other requests for relief of any nature whatsoever that have been asserted in this action, or which could have been asserted herein, <u>with prejudice to the refiling of same</u>.

3. Such dismissal will dispose of the entire case. Each party shall bear its own attorneys' fees and respective expenses and taxable costs of court.

Dated: August 8, 2018         Respectfully submitted,

**THE ROTH LAW FIRM**

By: <u>  /s/ Carl R. Roth  </u>
CARL R. ROTH, Attorney-In-Charge
State Bar No. 17312000
cr@rothfirm.com
AMANDA A. ABRAHAM
State Bar No. 24055077
aa@rothfirm.com
TODD W. SMITH
State Bar No. 24095575
ts@rothfirm.com
**The Roth Law Firm, P.C.**
115 N. Wellington, Suite 200
Marshall, Texas 75670
[T] (903) 935-1665
[F] (903) 935-1797

GLENN A. PERRY
State Bar No. 15801500
Email: gap@sloanfirm.com
**Sloan, Hatcher, Perry, Runge, Robertson & Smith Law Firm**
101 East Whaley St.
Longview, Texas 75601
[T] (903) 757-7000
[F] (903) 757-7574

**ATTORNEYS FOR PLAINTIFF**

By: /s/ *Christopher W. Martin*
CHRISTOPHER W. MARTIN, Attorney in Charge
State Bar No. 13057620
Email: martin@mdjwlaw.com
P. Wayne Pickering
State Bar No. 15975030
Email: pickering@mdjwlaw.com
**Martin, Disiere, Jefferson & Wisdom, L.L.P.**
808 Travis Street, 20th Floor
Houston, Texas 77002
[T] (713) 632-1700
[F] (713) 222-0101

ANDY TINDEL
State Bar No. 20054500
Email:  atindel@andytindel.com
MT[2] LAW GROUP
**Mann | Tindel | Thompson**
112 East Line Street, Suite 304
Tyler, Texas 75702
[T] (903) 596-0900
[F] (903) 596-0909

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this instrument was served this 8th day of August, 2018, via the Court's ECF filing service to the following counsel of record:

Carl R. Roth
cr@rothfirm.com
Amanda A. Abraham
aa@rothfirm.com
Todd W. Smith
ts@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797


Glenn A. Perry
Email:  gap@sloanfirm.com
SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON & SMITH
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
Telephone: (903) 757-7000
Facsimile: (903) 757-7574

**Counsel for Plaintiff**

>  _/s/ P. Wayne Pickering_
>  P. Wayne Pickering