IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MEDALLION TRANSPORT & LOGISTICS, LLC § § § | |
| v. § | Civil Action No. 2:16-cv-01016 |
| § | |
| AIG CLAIMS, INC., GRANITE STATE § INSURANCE COMPANY, AND § JAY CARMAN § | JURY |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss With Prejudice Pursuant to Rule 41(a)(2) filed by Plaintiff Medallion Transport & Logistics, LLC ("MTL") and Defendants AIG Claims, Inc. and Granite State Insurance Company ("Defendants"), collectively ("the Parties"). (Dkt. No. 115.) Having been advised by the Parties that they have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to the Defendants' handling of the defense of a personal injury lawsuit brought by Ms. Brandi Williams against MTL in Cause No. 12-0889, styled *Brandi Williams v. Medallion Transport & Logistics, LLC, et al.*, in the 71st Judicial District Court of Harrison County, Texas, and the related insurance claim, both of which were submitted to Defendants for handling, and which are described in greater detail in the pleadings on file herein, and having further been advised by the Parties that they therefore no longer wish to pursue any such causes of action, claims, counterclaims, obligations, demands, liens, or any other requests for relief against one another, and having been requested to dismiss this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), the Court makes the following orders:

It is **ORDERED** that the above entitled and numbered action is hereby dismissed, <u>with prejudice to the refiling of same</u>, in its entirety, including all causes of action, claims, counterclaims, obligations, demands, and any other requests for relief of any nature whatsoever which have been asserted in this action, or which could have been asserted herein, arising out of, pertaining to, or related in any manner to the above-referenced personal injury lawsuit and related insurance claim made the basis of this lawsuit.

It is further **ORDERED** that each party shall bear its own expenses, taxable costs of court and attorneys' fees. All pending requests for relief not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above-numbered action.

**So ORDERED and SIGNED this 9th day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE